```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )        4:01CR3106
            Plaintiff,         )
                               )
     vs.                       )        ORDER
                               )
MARY M. NEGETHON,              )
                               )
            Defendant.         )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:00 p.m. on January 5, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: December 22, 2005.

> BY THE COURT
>
> s/ David L. Piester
> _____
> David L. Piester
> United States Magistrate Judge