IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR3106 |
| ) | |
| MARY NEGETHON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the April 4, 2006, revocation hearing in this case until a date and time certain in approximately 60 to 90 days. Filing 415. The Court, being fully advised in the premises, and noting that the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until Wednesday, June 28, 2006, at 1:00 p.m. before the undersigned United States district judge. The defendant is ordered to appear at such time.

March 29, 2006.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge