IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3106-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARY NEGETHON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Negethon's dispositional hearing is set on Tuesday, April 25, 2006, at 4:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

April 18, 2006.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge